IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICCO WILLIAMS,                          )
       Plaintiff,                     )
                           )
       v.                             )   Civil Action No. 06-761
                           )
COMMISSIONER OF SOCIAL                   )
SECURITY,                                )
       Defendant.                     )

O  R  D  E  R

AND NOW, this 20th day of ꓵꓵꓵ , 2006, after the plaintiff filed a petition

seeking review of the determination of the Commissioner of Social Security denying his claim

for child's supplemental security income benefits, and after the parties submitted cross-motions

for summary judgment, and after the Report and Recommendation of the United States

Magistrate Judge was issued, and the parties were granted thirteen days after being served with a

copy to file written objections thereto, and no objections having been filed, and upon

independent review of the pleadings, the administrative record, and the Report and

Recommendation of the Magistrate Judge, which is adopted as the Opinion of this Court,

      IT IS ORDERED that the defendant's motion for summary judgment (Document No. 13)

is granted, and that the decision of the Commissioner is affirmed.

                                                     _____
                                                     United States District Judge